UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| NAVIDAD MARTINEZ § | |
| § | CIVIL ACTION NO. 2:20-CV-124 |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| MDC COAST 10 LLC § | |
| § | |
| **Defendant** § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 20 days.

DATED: SEPTEMBER 1, 2020              Respectfully,

                                By:    */s/ R. Bruce Tharpe*
                                       R. Bruce Tharpe

                                       **LAW OFFICE OF
                                       R. BRUCE THARPE, PLLC**
                                       PO Box 101
                                       Olmito, TX 78575
                                       (956) 255-5511 (Tel)

                                       ATTORNEY OF RECORD FOR
                                       PLAINTIFF NAVIDAD MARTINEZ

## CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on 9/01/2020.

                                */s/ R. Bruce Tharpe*
                                R. Bruce Tharpe

1