United States District Court
Southern District of Texas
**ENTERED**
September 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NAVIDAD MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-124 |
| | § | |
| MDC COAST 10 LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have announced to the Court that all matters in dispute and controversy between them have been settled. (D.E. 17). The parties seek twenty days to finalize dismissal documents. Therefore, the parties are **ORDERED** to file with this Court, on or before **September 25, 2020**, appropriate documents seeking the dismissal of this matter.

Should the parties fail to timely file such documents with this Court, the parties are **ORDERED** to appear before the undersigned on **September 29, 2020, at 11:00 a.m.** to explain why they have failed to comply with this Order. It is further **ORDERED** that all current settings before the court are **CANCELED** and all pending motions are **DENIED** without prejudice as mooted by the settlement announced in this case.

SIGNED and ORDERED this 1st day of September 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE