UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NAVIDAD MARTINEZ | § | |
| | § | **CIVIL ACTION NO. 2:20-CV-124** |
| **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| MDC COAST 10 LLC | § | |
| | § | |
| **Defendant** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, NAVIDAD MARTINEZ Plaintiff and MDC COAST 10 LLC, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:     September 24, 2020     FOR NAVIDAD MARTINEZ, Plaintiff

BY:     _/S/   R. Bruce Tharpe_____
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(956) 599-2596 - Fax

Texas State Bar ID No. 19823800
Federal Bar ID 13098


DATED:      September 24, 2020      MDC COAST 10 LLC Defendant

BY:   __/S/   **_Michael S. Orr_**_____
Michael S. Orr
CALL & JENSEN
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000 – Main
(949) 717-3100 – Fax